reversed and new trial granted, with costs to abide the event. At the close of plaintiff's case the evidence showed a hiring of the plaintiff as broker, the procuring of a purchaser who finally agreed on terms with defendant, that defendant called in his lawyer to prepare the contract, that the lawyer suggested that as a commission was to be paid the purchase price should be raised so that the purchaser should really pay the commission and that defendant then insisted on increasing his price. We think plaintiff made out a *prima facie* case, and that it was error to nonsuit. Having procured a purchaser who agreed to defendant's terms the defendant had no right arbitrarily to refuse to carry out his agreement. (*Fuller* v. *Bradley Contracting Co.,* 183 App. Div. 6; affd., 229 N. Y. 605.) Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS SAVINO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

SAFETY NIGHT LIGHT COMPANY, INC., Respondent, v. ANTONINA MACHCINSKI, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. We think the averments of fact in the affidavits were sufficient to authorize the justice to entertain the application for attachment. If appellant desires to dispute the facts or to obtain a reduction in the amount of the attachment she may apply to the Special Term for relief upon affidavits. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

The Resignation of Hon. MARTIN W. LITTLETON, as a Member of the Committee on Character, Accepted. The Hon. TOWNSEND SCUDDER is appointed a member of said committee. Present — Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ.

CESARINA BRITTELLI, Respondent, v. ANTONIO COMITO, Appellant.— Motion denied on condition that appellant perfect the appeal, place the cause on the calendar for the February term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

NICOLA BRITTELLI, Respondent, v. ANTONIO COMITO, Appellant.— Motion denied on condition that appellant perfect the appeal, place the cause on the calendar for the February term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CENTRAL SUGAR COMPANY, Appellant, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Respondents.— Motion to continue stay granted on condition that plaintiff perfect the appeal, be ready for argument, and argue the same on Friday, January 28, 1921. Present — Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of THORNE BAKER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of JOSHUA R. BENNETT for Admission